David Matthew Haynie
Jesse Hamilton "Jay" Forester
FORESTER HAYNIE PLLC
1701 N. Market Street, Suite 210
Dallas, Texas 75202
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Ramm, et al.<br><br>    Plaintiff,<br><br>v.<br><br>Pizza Hut of Arizona, Inc. et al.<br><br>    Defendants | Civil Action No. 4:18-cv-00231-JAS<br><br>**JOINT NOTICE OF SETTLEMENT** |

## JOINT NOTICE OF SETTLEMENT AGREEMENT

The parties hereby jointly provide notice that they have reached an agreement to settle this lawsuit. The parties are formalizing their agreement and preparing any additional pleadings pertaining to settlement and dismissal of the action.

The parties hereby jointly request that the Court vacate the deadline for Defendants to file their pleading in response to the Complaint and not enter any new deadlines in this case for the next 30 days, so that they may work in an expeditious fashion to finalize settlement and file related pleadings with the Court with 30 days.

RESPECTFULLY SUBMITTED this 10th day of July, 2018.

                FISHER & PHILLIPS LLP


By s/ Joel W. Rice (with permission)
    Joel W. Rice (*pro hac vice*)
    James M. Hux, Jr. (*pro hac vice*)
    10 South Wacker Drive, Suite 3450
    Chicago, IL 60622
    Attorneys for Defendants


FORESTER HAYNIE PLLC


By s/ David Matthew Haynie
    David Matthew Haynie
    Jesse Hamilton "Jay" Forester
    1701 N. Market Street, Suite 210
    Dallas, Texas 75202
    Attorneys for Plaintiff

FPDOCS 34107068.1

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

> Joel W. Rice (*pro hac vice*)
> James M. Hux, Jr. (*pro hac vice*)
> 10 South Wacker Drive, Suite 3450
> Chicago, IL 60622
> Attorneys for Defendants

s/ David Matthew Haynie