# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Ramm, | No. CV-18-00231-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Pizza Hut of Arizona Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Approve Individual FLSA Settlement and Dismiss Lawsuit with Prejudice (Doc. 24). The Court has reviewed the Settlement Agreement and Release *in camera*. The Court finds good cause and that the settlement is reasonable and fair, and therefore,

IT IS ORDERED that the parties' Joint Motion to Approve Individual FLSA Settlement and Dismiss Lawsuit with Prejudice (Doc. 24) is granted. The Settlement Agreement is approved.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment dismissing Plaintiff's claims with prejudice and close this matter.

Dated this 1st day of August, 2018.

Honorable James A. Soto
United States District Judge