# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Ramm,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Pizza Hut of Arizona Incorporated, et al.,<br><br>　　　　Defendants. | NO. CV-18-00231-TUC-JAS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 1, 2018, a judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 1, 2018

　　　　　　　　　　　　　　　　　　s/ Becky Ruiz
　　　　　　　　　　　　　　By　　Deputy Clerk